Minnesota Life Insurance Company v. Marr et al | Doc. 15
03/10/2006 10:10:34 AM — Reed Smith LLP — Page 6 OF 6
Case 4:05-cv-05146-WDB   Document 15   Filed 03/28/2006   Page 1 of 7

Robert D. Phillips, Jr. (SBN 82639)
Heather B. Hoesterey (SBN 201254)
REED SMITH LLP
1999 Harrison Street, Suite 2400
Oakland, CA 94612-3572

**Mailing Address:**
P.O. Box 2084
Oakland, CA 94604-2084

Telephone:   510.763.2000
Facsimile:   510.273.8832

Attorneys for Plaintiff
Minnesota Life Insurance Company

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MINNESOTA LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>NANCY MARR, as TRUSTEE OF THE ROBERT F. GOODWIN, M.D. FAMILY TRUST DATED NOVEMBER 25, 2003, and BEVERLY J. GOODWIN, an individual,<br><br>Defendants. | Case No. C05-05146 WDB<br><br>STIPULATION AND [PROPOSED] ORDER FOR ENTRY OF JUDGMENT IN INTERPLEADER |

IT IS HEREBY STIPULATED by and between Plaintiff Minnesota Life Insurance Company, defendant Nancy Marr, as Trustee of the Robert F. Goodwin, M.D. Family Trust Dated November 25, 2003, and defendant Beverly J. Goodwin, by and through their respective attorneys of record:

– 1 –

DOCSOAK-9818156.1-HHOESTEREY

STIPULATION AND [PROPOSED] ORDER FOR ENTRY OF JUDGMENT IN INTERPLEADER

Dockets.Justia.com

1. That the Court may enter judgment in the form attached hereto and marked as Exhibit "A"

DATED: March ___, 2006.    REED SMITH LLP

By_____
Robert D. Phillips, Jr.
Heather B. Hoesterey
Attorneys for Plaintiff
Minnesota Life Insurance Company

DATED: March 10, 2006.    VAUGHT & BOUTRIS LLP

By_____
Jon R. Vaught
Attorney for Defendant
Nancy Marr, as Trustee of the Robert F. Goodwin,
M.D. Family Trust Dated November 25, 2003

DATED: March ___, 2006.    HASKETT LAW FIRM, P.C.

By_____
Amber C. Haskett
Attorney for Defendant Beverly J. Goodwin

**IT IS SO ORDERED:**

DATED: 3/22, 2006.

_____
The Honorable Wayne D. Brazil
United States Magistrate Court Judge

*IT IS SO ORDERED*
*Judge Wayne D. Brazil*

1. That the Court may enter judgment in the form attached hereto and marked as Exhibit "A"

DATED: March 18, 2006.            REED SMITH LLP

                                  By _____
                                  Robert D. Phillips, Jr.
                                  Heather B. Hoesterey
                                  Attorneys for Plaintiff
                                  Minnesota Life Insurance Company

DATED: March ___, 2006.           VAUGHT & BOUTRIS LLP

                                  By _____
                                  Jon R. Vaught
                                  Attorney for Defendant
                                  Nancy Marr, as Trustee of the Robert F. Goodwin,
                                  M.D. Family Trust Dated November 25, 2003

DATED: March ___, 2006.           HASKETT LAW FIRM, P.C.

                                  By _____
                                  Amber C. Haskett
                                  Attorney for Defendant Beverly J. Goodwin

**IT IS SO ORDERED:**

DATED: _____, 2006.          _____
                                  The Honorable Wayne D. Brazil
                                  United States District Court Judge

-2-

DOCSOAK-9818156.1-HHOESTEREY

STIPULATION AND [PROPOSED] ORDER FOR ENTRY OF JUDGMENT IN INTERPLEADER

| | |
|---|---|
| 1 | Robert D. Phillips, Jr. (SBN 82639)<br>Heather B. Hoesterey (SBN 201254) |
| 2 | REED SMITH LLP<br>1999 Harrison Street, Suite 2400 |
| 3 | Oakland, CA 94612-3572 |
| 4 | **Mailing Address:**<br>P.O. Box 2084 |
| 5 | Oakland, CA 94604-2084 |
| 6 | Telephone: 510.763.2000<br>Facsimile: 510.273.8832 |
| 7 | |
| 8 | Attorneys for Plaintiff<br>Minnesota Life Insurance Company |

RECEIVED
MAR 1 4 2006
RS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MINNESOTA LIFE INSURANCE COMPANY,<br><br>  Plaintiff,<br><br>vs.<br><br>NANCY MARR, as TRUSTEE OF THE ROBERT F. GOODWIN, M.D. FAMILY TRUST DATED NOVEMBER 25, 2003, and BEVERLY J. GOODWIN, an individual,<br><br>  Defendants. | Case No. C05-05146 WDB<br><br>**STIPULATED JUDGMENT IN INTERPLEADER** |

Upon reading the Stipulation and Order for entry of Judgment in Interpleader, and it appearing that this Court has jurisdiction of the parties and of the subject herein, and good cause appearing,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

– 1 –
Stipulated Judgment In Interpleader

DOCSOAK-9818137.1-HHOESTEREY

Exh. A

1. That plaintiff Minnesota Life Insurance Company ("Minnesota Life") filed its Complaint in Interpleader in good faith on or about December 13, 2005, that this is a proper cause for Interpleader, and that Minnesota Life is hereby granted Judgment of Interpleader;

2. That by reason of the death of Robert F. Goodwin, M.D. ("Decedent") on or about June 21, 2005, the sum of Five Hundred Thousand Dollars and No Cents ($500,000.00) (hereinafter "the Death Benefit") became payable under Minnesota Life's Adjustable Life Insurance Policy number 19737860, issued on the life of Decedent ("the Policy");

3. That defendants Nancy Marr, as Trustee of the Robert F. Goodwin, M.D. Family Trust Dated November 25, 2003, and defendant Beverly J. Goodwin each claimed entitlement to One Hundred Thousand Dollars and No Cents ($100,000.00) of the Death Benefit and that, to date, no other person or entity has made a claim to the Death Benefit;

4. That, having deposited the disputed $100,000.00 of the Death Benefit, plus interest, for a total amount of One Hundred One Thousand, Nine Hundred Two Dollars and Sixty Four Cents ($101,902.64) (the "Disputed Amount") with the Clerk of this Court on or about December 13, 2005, Minnesota Life is hereby released, discharged, and acquitted of and from any liability of any kind or nature whatsoever under the Policy;

5. That the remaining parties, Nancy Marr, as Trustee of the Robert F. Goodwin, M.D. Family Trust Dated November 25, 2003 and Beverly J. Goodwin, will litigate the dispute between them and Minnesota Life is not a necessary party to such litigation.

6. That plaintiff Minnesota Life shall recover Four Thousand Two Hundred Dollars and Eighty Three Cents ($4,200.83) from the Disputed Amount deposited with the Court as reimbursement for its attorneys' fees and costs incurred in this action. The Clerk of the Court shall remit a check in the amount of $4,200.83 payable to The Minnesota Life Insurance Company, to its

1  attorneys, Reed Smith, LLP 1999 Harrison Street, Suite 2400, Oakland, CA 94612, Attention:
2  Heather B. Hoesterey.

4  DATED: March ___, 2006.        REED SMITH LLP

6  By_____
    Robert D. Phillips, Jr.
7   Heather B. Hoesterey
    Attorneys for Plaintiff
8   Minnesota Life Insurance Company

11  DATED: March ___, 2006.       HASKETT LAW FIRM, P.C.

14  By_____
    Amber C. Haskett
15  Attorney for Defendant Beverly J. Goodwin

18  DATED: March 10, 2006.        VAUGHT & BOUTRIS LLP

21  By_____
    Jon R. Vaught
22  Attorney for Defendant
    Nancy Marr, as Trustee of the Robert F. Goodwin,
23  M.D. Family Trust Dated November 25, 2003

– 3 –

Stipulated Judgment In Interpleader

DOCSOAK-9818137.1-HHOESTEREY

attorneys, Reed Smith, LLP 1999 Harrison Street, Suite 2400, Oakland, CA 94612, Attention: Heather B. Hoesterey.

DATED: March 18, 2006.   REED SMITH LLP

By _____
Robert D. Phillips, Jr.
Heather B. Hoesterey
Attorneys for Plaintiff
Minnesota Life Insurance Company

DATED: March ___, 2006.   HASKETT LAW FIRM, P.C.

By _____
Amber C. Haskett
Attorney for Defendant Beverly J. Goodwin

DATED: March ___, 2006.   VAUGHT & BOUTRIS LLP

By _____
Jon R. Vaught
Attorney for Defendant
Nancy Marr, as Trustee of the Robert F. Goodwin, M.D. Family Trust Dated November 25, 2003