1  VAUGHT & BOUTRIS, LLP
   Jon R. Vaught, Esq., SB#114590
2  Basil J. Boutris, Esq., SB#122758
   Attorneys at Law
3  80 Swan Way, Suite 320
   Oakland, CA 94621
4  Telephone: (510) 430-1518

5  Attorneys for Nancy Mar, as Trustee of the Robert F. Goodwin, M.D.
   Family Trust dated November 25, 2003

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MINNESOTA LIFE INSURANCE COMPANY, | Case No. C05-05146 WDB |
| Plaintiff, | STIPULATION AND ORDER FOR ENTRY OF JUDGMENT IN INTERPLEADER |
| v. | |
| NANCY MAR, as TRUSTEE OF THE ROBERT F. GOODWIN, M.D. FAMILY TRUST DATED NOVEMBER 25, 2003, and BEVERLY J. GOODWIN, and individual | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Defendant NANCY MAR (incorrectly named "Marr"), as Trustee of the Robert F. Goodwin, M.D. Family Trust dated November 25, 2003 and defendant Beverly J/. Goodwin, by and through their respective attorneys of record:

1. That the Court may enter judgment in the form attached hereto and marked as Exhibit "A."

///

///

///

///

1

STIPULATION AND ORDER FOR ENTRY OF JUDGMENT
(x:\clients\mar\minnesota life\stip and order for entry of judgment)

Dated: June 23, 2006      VAUGHT & BOUTRIS, LLP

By: _____
Jon R. Vaught, Attorney for
Defendant Nancy Mar, as Trustee
of the Robert F. Goodwin, M.D.
Family Trust dated November
25, 2003

Dated: June 19, 2006      HASKETT LAW FIRM, P.C.

By: _____
Amber C. Haskett, Attorney for
Beverly J. Goodwin

**IT IS SO ORDERED:**

Dated: ~~June~~ July _14_, 2006      /s/ Wayne D. Brazil
_____
The Honorable Wayne D. Brazil
United States Magistrate

2

STIPULATION AND ORDER FOR ENTRY OF JUDGMENT
(x:\clients\mar\minnesota life\stip and order for entry of judgment)

VAUGHT & BOUTRIS, LLP
Jon R. Vaught, Esq., SB#114590
Basil J. Boutris, Esq., SB#122758
Attorneys at Law
80 Swan Way, Suite 320
Oakland, CA 94621
Telephone: (510) 430-1518

Attorneys for Nancy Mar, as Trustee of the Robert F. Goodwin, M.D. Family Trust dated November 25, 2003

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MINNESOTA LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>NANCY MAR, as TRUSTEE OF THE ROBERT F. GOODWIN, M.D. FAMILY TRUST DATED NOVEMBER 25, 2003, and BEVERLY J. GOODWIN, and individual<br><br>Defendants. | Case No. C05-05146 WDB<br><br>STIPULATED JUDGMENT IN INTERPLEADER |

Upon reading the Stipulation and Order for Entry of Judgment in Interpleader, and it appearing that this Court has jurisdiction of the parties and of the subject herein, and good cause appearing,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

1. That Plaintiff Minnesota Life Insurance Company ("Minnesota Life") filed its Complaint in Interpleader on December 13, 2005 because of a dispute over One Hundred Thousand Dollars ($100,000.00) in death benefits between Defendant Nancy Mar, as Trustee of the Robert F. Goodwin, M.D. Family Trust dated November 25, 2003 ("Mar") and defendant Beverly J. Goodwin ("Goodwin").

1

STIPULATED JUDGMENT IN INTERPLEADER
(x:\clients\mar\minnesota life\stip and order for entry of judgment)

2. That the disputed One Hundred Thousand Dollars ($100,000.00), plus interest, for a total amount of One Hundred One Thousand, Nine Hundred Two Dollars and Sixty Four Cents ($101,902.64) (the "Disputed Amount") was deposited with the Clerk of this Court by Minnesota Life on or about December 13, 2005.

3. That Mar and Goodwin stipulated to an entry of judgment on or about March 18, 2006 to release and discharge Minnesota Life from any liability of any kind and further stipulated that the Clerk of the Court could reimburse Minnesota Life the sum of Four Thousand Two Hundred Dollars and Eighty Three Cents ($4,200.83) from the Disputed Amount for its attorney's fees and costs incurred in this action.

4. That Mar and Goodwin have entered into a separate settlement agreement whereby they have agreed that the Clerk of the Court is to divided remaining disputed amount of Ninety Seven Thousand Seven Hundred One Dollars and Eighty One Cents ($97,701.81) equally between Mar and Goodwin.

5. That the Clerk of the Court shall equally divide the remaining interpled funds in this case and shall remit a check for one-half (½) of these funds payable to Nancy Mar, as Trustee of the Robert F. Goodwin, M.D. Family Trust dated November 25, 2003, to her attorneys Vaught & Boutris LLP, 80 Swan Way, Suite 320, Oakland, California 94621, attention Jon R. Vaught, Esq. and remit a check for one-half (½) of these proceeds payable to Beverly Goodwin, to her attorneys Haskett Law Firm, P.C., 6160 Stoneridge Mall Road, Suite 330, Pleasanton, California 94588, attention Amber C. Haskett, Esq.

6. That after remitting these sums to Mar and Goodwin, this case shall be dismissed with prejudice.

///

///

///

///

2

STIPULATED JUDGMENT IN INTERPLEADER
(x:\clients\mar\minnesota life\stip and order for entry of judgment)

| | |
|---|---|
| Dated: June 23, 2006 | VAUGHT & BOUTRIS, LLP<br><br>By: _____<br>Jon R. Vaught, Attorney for Defendant Nancy Mar, as Trustee of the Robert F. Goodwin, M.D. Family Trust dated November 25, 2003 |
| Dated: June 19, 2006 | HASKETT LAW FIRM, P.C.<br><br>By: _____<br>Amber C. Haskett, Attorney for Beverly J. Goodwin |

3

STIPULATED JUDGMENT IN INTERPLEADER

(x:\clients\mar\minnesota life\stip and order for entry of judgment)